UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JOHN BOURAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MARTEL,<br><br>　　　　Respondent. | No. 2:17-cv-0649 GEB CKD P<br><br><br>ORDER TO SHOW CAUSE |

On May 8, 2017, the court stayed petitioner's application for writ of habeas corpus so that petitioner could seek relief with respect to certain claims in California courts.  Petitioner was ordered to inform the court when he had exhausted state court remedies with respect to all of his claims.  Petitioner has not filed anything with the court since the court ordered that this matter be stayed.

Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause within 21 days why this action should not be dismissed.  Failure to respond to this order will result in a recommendation that this matter be dismissed.

Dated: January 12, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/bour0649.osc